Mark D. Fowler (SBN 124235)
mark.fowler@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
T: (650) 833-2000 | F: (650) 833-2001

Kathryn Riley Grasso (SBN 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
T: (619) 699-2700 | F: (619) 699-2701

Martin M. Ellison (SBN 292060)
martin.ellison@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067
T: (310)595-3000 | F: (310) 595-3300

Attorneys for Defendant
Medtronic CoreValve LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colibri Heart Valve, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Medtronic CoreValve LLC,<br><br>　　　　　Defendant. | Case No. 8:20-cv-00847-DOC-JDE<br>Hon. David O. Carter<br><br>**DECLARATION OF MARTIN M. ELLISON IN SUPPORT OF MEDTRONIC COREVALVE LLC'S OPENING MARKMAN BRIEF**<br><br>Hearing Date: January 25, 2021<br>Time:　　8:30 a.m. PT<br>Room:　　Remote |

**DECLARATION OF MARTIN M. ELLISON**

I, Martin M. Ellison, declare as follows:

1. I am a member in good standing of the bar of the State of California and have been admitted to practice in this Court. I am an associate at the firm of DLA Piper LLP, and I am one of the attorneys representing Defendant Medtronic CoreValve LLC ("Medtronic") in this action. In that capacity, I have personal knowledge of the facts stated below.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,125,739.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,900,294.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from Merriam-Webster's Medical Desk Dictionary, Revised Edition, 2006.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from Random House Webster's Unabridged Dictionary, Second Edition, 2001.

6. Attached as Exhibit 5 is a true and correct copy of a printout from Merriam-Webster's online dictionary for the term "within," which I accessed and saved on December 2, 2020.

7. Attached as Exhibit 6 is a true and correct Bates-stamped copy of an Amendment and Response filed by Applicant in the United States Patent and Trademark Office for Application No. 14/253,650, dated May 7, 2015.

8. Attached as Exhibit 7 is a true and correct copy of U.S. Patent No. 6,652,578.

9. Attached as Exhibit 8 is a true and correct copy of a printout from Merriam-Webster's online dictionary for the term "trumpet-shaped," which I accessed and saved on December 2, 2020.

10. Attached as Exhibit 9 is a true and correct copy of the results from a Google search for images of trumpets that was conducted on November 29, 2020.

1 | 11. Attached as Exhibit 10 is a true and correct copy of an article titled "Finite element modeling of brass musical instruments," which was published in the Proceedings of Acoustics in the November 21-23, 2012 edition.

12. Attached as Exhibit 11 is a true and correct copy of the Declaration of Richard A. Hillstead in support of Medtronic CoreValve LLC's Opening Markman Brief, signed on December 17, 2020.

13. Attached as Exhibit 12 is a true and correct copy of a printout from Merriam-Webster's online dictionary for the term "from," which I accessed and saved on December 2, 2020.

14. Attached as Exhibit 13 is a true and correct Bates-stamped copy of a Preliminary Amendment filed by Applicant in the United States Patent and Trademark Office for Application No. 14/253,656, dated April 15, 2014.

15. Attached as Exhibit 14 is a true and correct copy of U.S. Pub. No. 2003/0130729.

16. Attached as Exhibit 15 is a true and correct Bates-stamped copy of an Office Action issued by the United States Patent and Trademark Office for Application No. 14/253,656, dated July 8, 2014.

17. Attached as Exhibit 16 is a true and correct copy of an article titled "Trumpet Acoustics," authored by A.H. Benade in 1973.

This Declaration is executed on December 18, 2020 in Los Angeles, California.

*/s/ Martin M. Ellison*
Martin M. Ellison (SBN 292060)