# EXHIBIT 3

THOMSON
DELMAR LEARNING

# Merriam-Webster's Medical Desk Dictionary

Revised Edition

®

**Your easy-to-understand guide to medical terms**

- Over 60,000 words and phrases
- Authoritative and accessible guide to medical language
- Affordable quick reference

**Sten•sen** *or* **Steen•sen** \ˈstān-sən\, **Niels** (*Latin* **Nicolaus Steno) (1638–1686),** Danish anatomist and geologist. Although Stensen had prepared to become a physician and eventually became a Catholic priest, his importance in science rests with his anatomical and geological researches. An early discovery was the duct of the parotid gland in 1660. In 1669 he published his geological observations in a work that was seminal to the development of geology. He put forth the revolutionary concept that fossils are the remains of ancient living organisms. He was the first to realize that the earth's crust contains a chronological history of geologic events and that the earth's history could be reconstructed by a careful analysis of the strata and fossils.

**stent** \ˈstent\ *also* **stint** \ˈstint\ *n* **1 :** a mold formed from a resinous compound and used for holding a surgical graft in place; *also* **:** something (as a pad of gauze immobilized by sutures) used like a stent **2 :** a short narrow metal or plastic tube often in the form of a mesh that is inserted into the lumen of an anatomical vessel (as an artery or bile duct) esp. to keep a previously blocked passageway open

**Stent, Charles Thomas (1807–1885),** British dentist. In the mid 19th century Stent developed a dental-impression compound containing gutta-percha, stearine, and talc, which he produced and sold with the aid of his sons Charles Robert (1845–1901) and Arthur Howard (1859–1900), who also became dentists. In 1899 the compound was trademarked under the name *Stents.* During World War I the Dutch plastic surgeon J. F. S. Esser discovered that Stent's compound could also be used to form molds for holding skin grafts in place, and in a 1917 publication he referred to such molds as "stents molds." Over the next several decades the singular form *stent* became a generally used term in plastic and oral surgery. The meaning of *stent* continued to be expanded to include other types of artificial supports for human tissue. In 1954 the American surgeon William ReMine applied the term *stent* to a polyethylene tube used to support an anastomosis in an experimental biliary reconstruction. By 1966 *stent* (or sometimes *stint*) had been used for tubular supports in cardiovascular surgery, and by 1972 the term was also being used for urological supports.

**stent•ing** \ˈsten-tiŋ\ *n* **:** a surgical procedure or operation for inserting a stent into an anatomical vessel — **stent** *vt*

**Steph•a•no•fi•lar•ia** \ˌstef-ə-ˌnō-fi-ˈlar-ē-ə\ *n* **:** a genus of filarial worms parasitic in the skin and subcutaneous tissues of ruminants and horses where they may cause dermatitis and extensive degenerative lesions — see HUMP SORE

**steph•a•no•fil•a•ri•a•sis** \-ˌfil-ə-ˈrī-ə-səs\ *n, pl* **-a•ses** \-ˌsēz\ **:** infestation with or disease caused by worms of the genus *Stephanofilaria*

**Steph•a•nu•rus** \ˌstef-ə-ˈn(y)u̇r-əs\ *n* **:** a genus of nematode worms of the family Strongylidae that includes the kidney worm (*S. dentatus*) of swine

**step•page gait** \ˈstep-ij-\ *n* **:** an abnormal gait that is characterized by high lifting of the legs with the toes pointing downward and that is associated with neurological disorders which prevent normal flexion of the feet

**ste•ra•di•an** \sti-ˈrād-ē-ən\ *n* **:** a unit of measure of solid angles that is expressed as the solid angle subtended at the center of the sphere by a portion of the surface whose area is equal to the square of the radius of the sphere

**ster•co•bi•lin** \ˌstər-kō-ˈbī-lin\ *n* **:** UROBILIN; *esp* **:** a brown levorotatory pigment $C_{33}H_{46}N_4O_6$ found in feces and urine

**ster•co•bi•lin•o•gen** \-bī-ˈlin-ə-jən\ *n* **:** UROBILINOGEN

**ster•co•ra•ceous** \ˌstər-kə-ˈrā-shəs\ *adj* **:** of, relating to, containing, produced by, or being feces **:** FECAL

**ster•co•ral** \ˈstər-kə-rəl\ *adj* **:** STERCORACEOUS

**Ster•cu•lia** \stər-ˈk(y)ül-yə\ *n* **:** a genus of tropical trees (family Sterculiaceae) including several from which karaya gum is obtained

**sterculia gum** *n* **:** KARAYA GUM

**ste•reo•acui•ty** \ˌster-ē-ō-ə-ˈkyü-ət-ē, ˌstir-\ *n, pl* **-ties :** the ability to detect differences in distance using stereoscopic cues that is measured by the smallest difference in the images presented to the two eyes that can be detected reliably — compare GRATING ACUITY, HYPERACUITY, VERNIER ACUITY

**ste•reo•cam•pim•e•ter** \-kam-ˈpim-ət-ər\ *n* **:** a campimeter equipped for the simultaneous testing of both eyes

**ste•reo•chem•i•cal** \-ˈkem-i-kəl\ *adj* **:** of or relating to stereochemistry — **ste•reo•chem•i•cal•ly** \-i-k(ə-)lē\ *adv*

**ste•reo•chem•is•try** \ˌster-ē-ō-ˈkem-ə-strē, ˌstir-\ *n, pl* **-tries 1 :** a branch of chemistry that deals with the spatial arrangement of atoms and groups in molecules **2 :** the spatial arrangement of atoms and groups in a compound and its relation to the properties of the compound

**ste•reo•cil•i•um** \-ˈsil-ē-əm\ *n, pl* **-cil•ia** \-ē-ə\ **:** a specialized microvillus that superficially resembles a cilium and projects from the surface of certain cells (as the auditory hair cells and the superficial epithelial cells of the epididymis) — see KINOCILIUM

**ste•re•og•no•sis** \ˌster-ē-äg-ˈnō-səs, ˌstir-\ *n* **:** ability to perceive or the perception of material qualities (as shape) of an object by handling or lifting it **:** tactile recognition

**ste•re•og•nos•tic** \-ˈnäs-tik\ *adj* **:** of, relating to, or involving stereognosis ⟨~ abilities⟩

**ste•reo•gram** \ˈster-ē-ə-ˌgram, ˈstir-\ *n* **1 :** a diagram or picture representing objects with an impression of solidity or relief **2 :** STEREOGRAPH

**ste•reo•graph** \-ˌgraf\ *n* **:** a pair of stereoscopic pictures or a picture composed of two superposed stereoscopic images that gives a three-dimensional effect when viewed with a stereoscope or special glasses

**ste•reo•iso•mer** \ˌster-ē-ō-ˈī-sə-mər, ˌstir-\ *n* **:** any of a group of isomers in which atoms are linked in the same order but differ in their spatial arrangement — **ste•reo•iso•mer•ic** \-ˌī-sə-ˈmer-ik\ *adj* — **ste•reo•isom•er•ism** \-ī-ˈsäm-ə-ˌriz-əm\ *n*

**ste•re•ol•o•gy** \ˌster-ē-ˈäl-ə-jē, ˌstir-\ *n, pl* **-gies :** a branch of science concerned with inferring the three-dimensional properties of objects or matter ordinarily observed two-dimensionally — **ste•reo•log•i•cal** \-ē-ə-ˈläj-i-kəl\ *also* **ste•reo•log•ic** \-ˈläj-ik\ *adj* — **ste•reo•log•i•cal•ly** \-i-k(ə-)lē\ *adv*

**ste•reo•mi•cro•scope** \ˌster-ē-ō-ˈmī-krə-ˌskōp\ *n* **:** a microscope having a set of optics for each eye to make an object appear in three dimensions — **ste•reo•mi•cro•scop•ic** \-ˌmī-krə-ˈskäp-ik\ *adj* — **ste•reo•mi•cro•scop•i•cal•ly** \-i-k(ə-)lē\ *adv*

**ste•reo•pho•to•mi•cro•graph** \ˌster-ē-ō-ˌfōt-ō-ˈmī-krə-ˌgraf, ˌstir-\ *n* **:** a stereoscopic photograph made through a microscope

**ste•re•op•sis** \ˌster-ē-ˈäp-səs, ˌstir-\ *n* **:** stereoscopic vision

**ste•reo•ra•dio•graph** \ˌster-ē-ō-ˈrād-ē-ə-ˌgraf, ˌstir-\ *n* **:** a stereoscopic radiograph — **ste•reo•ra•dio•graph•ic** \-ˌrād-ē-ə-ˈgraf-ik\ *adj*

**ste•reo•ra•di•og•ra•phy** \-ˌrād-ē-ˈäg-rə-fē\ *n, pl* **-phies :** the production or use of stereoradiographs

**ste•reo•scope** \ˈster-ē-ə-ˌskōp, ˈstir-\ *n* **:** an optical instrument with two eyepieces for helping the observer to combine the images of two pictures taken from points of view a little way apart and thus to get the effect of solidity or depth

**ste•reo•scop•ic** \ˌster-ē-ə-ˈskäp-ik, ˌstir-\ *adj* **1 :** of or relating to stereoscopy or the stereoscope **2 :** characterized by stereoscopy ⟨~ vision⟩ — **ste•reo•scop•i•cal•ly** \-i-k(ə-)lē\ *adv*

**ste•re•os•co•py** \ˌster-ē-ˈäs-kə-pē, ˌstir-; ˈster-ē-ə-ˌskō-pē, ˈstir-\ *n, pl* **-pies 1 :** a science that deals with stereoscopic effects and methods **2 :** the seeing of objects in three dimensions

**ste•reo•se•lec•tive** \ˌster-ē-ō-sə-ˈlek-tiv, ˌstir-\ *adj* **:** relating to or being a reaction or process producing a stereoisomer having one particular configuration regardless of the stereoisomeric configuration of the reactant

**ste•reo•se•lec•tiv•i•ty** \-sə-ˌlek-ˈtiv-ət-ē, -ˌsē-\ *n, pl* **-ties :** the state or condition of being stereoselective

**ste•reo•spe•cif•ic** \-spə-ˈsif-ik\ *adj* **:** relating to, being, or effecting a reaction or process in which different stereoisomeric starting materials produce different stereoisomeric products ⟨~ polymerization⟩ ⟨~ catalysts⟩ — **ste•reo•spe•cif•i•cal•ly** \-i-k(ə-)lē\ *adv*

lence ⟨the four ~*s* of carbon⟩ **2 a :** relative capacity to unite, react, or interact (as with antigens or a biological substrate) **b :** the degree of attractiveness an individual, activity, or object possesses as a behavioral goal ⟨the relative potency of the ~*s* of success and failure —Leon Festinger⟩

**valence electron** *n* **:** a single electron or one of two or more electrons in the outer shell of an atom that is responsible for the chemical properties of the atom

**va•len•cy** \ˈvā-lən-sē\ *n, pl* **-cies :** VALENCE

**va•lent** \ˈvā-lənt\ *adj* **:** having valence — usu. used in combination ⟨bi*valent*⟩ ⟨multi*valent*⟩

**val•er•ate** \ˈval-ə-ˌrāt\ *n* **:** a salt or ester of valeric acid

**va•le•ri•an** \və-ˈlir-ē-ən\ *n* **1 :** any of a genus (*Valeriana* of the family Valerianaceae, the valerian family) of perennial herbs many of which possess medicinal properties **2 :** a preparation of the dried rhizome and roots of the garden heliotrope (*Valeriana officinalis*) that is used as an herbal remedy and is held to be beneficial in treating nervousness and insomnia — called also *valerian root*

**va•le•ric acid** \və-ˌlir-ik-\ *also* **va•le•ri•an•ic acid** \və-ˌlir-ē-ˌan-ik-\ *n* **:** any of four isomeric fatty acids $C_5H_{10}O_2$ or a mixture of two or more of them: **a :** a liquid normal acid that has a disagreeable odor and that is used in organic synthesis — called also *pentanoic acid* **b :** ISOVALERIC ACID **c :** a liquid acid existing in three optically isomeric forms and occurring usu. in the dextrorotatory form in a few essential oils **d :** PIVALIC ACID

**¹val•e•tu•di•nar•i•an** \ˌval-ə-ˌt(y)üd-ᵊn-ˈer-ē-ən\ *n* **:** a person of a weak or sickly constitution; *esp* **:** one whose chief concern is his or her ill health

**²valetudinarian** *adj* **:** of, relating to, or being a valetudinarian **:** SICKLY

**valgum** — see GENU VALGUM

**val•gus** \ˈval-gəs\ *adj* **1 :** turned outward; *esp* **:** of, relating to, or being a deformity in which an anatomical part is turned outward away from the midline of the body to an abnormal degree ⟨a ~ heel⟩ ⟨~ deformity of the big toe⟩ — see CUBITUS VALGUS, HALLUX VALGUS, TALIPES VALGUS; compare GENU VALGUM, GENU VARUM **2 :** VARUS 1 — used esp. in orthopedics of the knee ⟨changes spontaneously from the initial varus (bowing) to a ~ position (knock-knee) at about age 2 to 3 —Joan M. Walker⟩ — **valgus** *n*

**va•line** \ˈvā-ˌlēn, ˈva-ˌlēn\ *n* **:** a crystalline essential amino acid $C_5H_{11}NO_2$ that occurs esp. in fibrous proteins — abbr. *Val*

**val•in•o•my•cin** \ˌval-ə-nō-ˈmīs-ᵊn\ *n* **:** an antibiotic $C_{54}H_{90}N_6O_{18}$ produced by a bacterium of the genus *Streptomyces* (*S. fulvissimus*)

**Val•ium** \ˈval-ē-əm, ˈval-yəm\ *trademark* — used for a preparation of diazepam

**val•late** \ˈval-ˌāt\ *adj* **:** having a raised edge surrounding a depression

**vallate papilla** *n* **:** CIRCUMVALLATE PAPILLA

**val•lec•u•la** \va-ˈlek-yə-lə\ *n, pl* **-lae** \-ˌlē\ **:** an anatomical groove, channel, or depression: as **a :** a groove between the base of the tongue and the epiglottis **b :** a fossa on the underside of the cerebellum separating the hemispheres and including the inferior vermis — **val•lec•u•lar** \-yə-lər\ *adj*

**val•ley fever** \ˈval-ē-\ *n* **:** COCCIDIOIDOMYCOSIS

**val•lum** \ˈva-ləm\ *n, pl* **val•la** \-lə\ *or* **val•lums :** an anatomical wall

**val•pro•ate** \val-ˈprō-ˌāt\ *n* **:** a salt or ester of valproic acid; *esp* **:** SODIUM VALPROATE

**valproate sodium** *n* **:** SODIUM VALPROATE

**val•pro•ic acid** \val-ˌprō-ik-\ *n* **:** a valeric-acid derivative $C_8H_{16}O_2$ used as an anticonvulsant often in the form of its sodium salt $C_8H_{15}NaO_2$ — see DEPAKENE; SODIUM VALPROATE

**Val•sal•va maneuver** *also* **Val•sal•va's maneuver** \val-ˈsal-və(z)-\ *n* **:** a forceful attempt at expiration when the airway is closed at some point; *esp* **:** a conscious effort made while holding the nostrils closed and keeping the mouth shut esp. for the purpose of testing the patency of the eustachian tubes, adjusting middle ear pressure, or aborting tachycardia — called also *Valsalva*

**A. M. Valsalva** — see SINUS OF VALSALVA

**val•sar•tan** \val-ˈsär-ˌtan\ *n* **:** an antihypertensive drug $C_{24}H_{29}N_5O_3$ that blocks the action of angiotensin II — see DIOVAN

**Val•trex** \ˈval-ˌtreks\ *trademark* — used for a preparation of the hydrochloride of valacyclovir

**val•va** \ˈval-və\ *n, pl* **val•vae** \-ˌvē\ **:** VALVE

**val•val** \ˈval-vəl\ *adj* **:** VALVULAR ⟨~ calcification⟩

**valve** \ˈvalv\ *n* **1 :** a bodily structure (as the mitral valve) that closes temporarily a passage or orifice or permits movement of fluid in one direction only **2 :** any of various mechanical devices by which the flow of liquid (as blood) may be started, stopped, or regulated by a movable part that opens, shuts, or partially obstructs one or more ports or passageways; *also* **:** the movable part of such a device

**valve of Has•ner** \-ˈhäs-nər\ *n* **:** PLICA LACRIMALIS

**Hasner, Joseph Ritter von Artha (1819–1892),** Bohemian ophthalmologist. Hasner was a professor of ophthalmology at Prague. In 1850 he published a monograph on the physiology and pathology of the nasolacrimal duct in which he described a fold of mucous membrane that is now sometimes called the valve of Hasner.

**valve of Hei•ster** \-ˈhī-stər\ *n* **:** SPIRAL VALVE

**Heister, Lorenz (1683–1758),** German anatomist and surgeon. Heister was one of the founders of scientific surgery. His works on medicine, anatomy, and surgery were widely read for several generations. His main work, a general treatise on surgery, was originally published in 1718 and eventually translated into seven languages. Another major work was an illustrated compendium of anatomical structures first published in 1717. It includes the description of the spiral valve sometimes known as the valve of Heister.

**valves of Kerk•ring** *or* **valves of Kerck•ring** \-ˈker-kriŋ\ *n pl* **:** PLICAE CIRCULARES

**Kerckring, Theodor (1640–1693),** Dutch anatomist. Kerckring was an anatomist and physician practicing in Amsterdam. In 1670 he described the permanent transverse folds of the luminal surface of the small intestine. Although they were previously described by Gabriele Falloppio, they are now sometimes called the valves of Kerckring.

**valve of The•be•si•us** \-te-ˈbā-zē-əs\ *n* **:** CORONARY VALVE

**A. C. Thebesius** — see THEBESIAN VEIN

**val•vot•o•my** \val-ˈvät-ə-mē\ *n, pl* **-mies :** VALVULOTOMY

**val•vu•la** \ˈval-vyə-lə\ *n, pl* **-lae** \-ˌlē *also* -ˌlī\ **:** a small valve or fold

**valvula co•li** \-ˈkō-ˌlī\ *n* **:** ILEOCECAL VALVE

**valvulae con•ni•ven•tes** \-ˌkän-ə-ˈven-ˌtēz\ *n pl* **:** PLICAE CIRCULARES

**val•vu•lar** \ˈval-vyə-lər\ *adj* **1 :** resembling or functioning as a valve ⟨established a ~ connection to the esophagus⟩ **2 :** of, relating to, or affecting a valve esp. of the heart ⟨~ heart disease⟩

**val•vu•li•tis** \ˌval-vyə-ˈlīt-əs\ *n* **:** inflammation of a valve esp. of the heart ⟨rheumatic ~⟩

**val•vu•lo•plas•ty** \ˈval-vyə-lō-ˌplas-tē\ *n, pl* **-ties :** plastic surgery performed on a heart valve

**val•vu•lo•tome** \ˈval-vyə-lō-ˌtōm\ *n* **:** a surgical blade designed for valvulotomy or commissurotomy

**val•vu•lot•o•my** \ˌval-vyə-ˈlät-ə-mē\ *n, pl* **-mies :** surgical incision of a valve; *specif* **:** the operation of enlarging a narrowed heart valve by cutting through the mitral commissures with a knife or by a finger thrust to relieve the symptoms of mitral stenosis

**va•lyl** \ˈvā-ˌlil, ˈva-\ *n* **:** the amino acid radical or residue $(CH_3)_2CHCH(NH_2)CO–$ of valine — abbr. *Val*

**vam•pire** \ˈvam-ˌpī(ə)r\ *n* **:** VAMPIRE BAT

**vampire bat** *n* **:** any of several Central and So. American bats (*Desmodus rotundus, Diaemus youngi,* and *Diphylla ecaudata*) that feed on the blood of birds and mammals and

\ə\ abut \ᵊ\ kitten \ər\ further \a\ ash \ā\ ace \ä\ cot, cart \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision *See also* Pronunciation Symbols page

U Z