# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIBRI HEART VALVE LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC COREVALVE LLC,<br><br>　　　　Defendant. | Case No.: 8:20-cv-00847-DOC-JDEx<br><br>**ORDER AMENDING CERTAIN PRETRIAL DEADLINES [243]**<br><br>**Hon. David O. Carter** |

Having read and considered the Parties' Joint Stipulation and Request to Amend Certain Pretrial Deadlines, and good cause appearing, IT IS HEREBY ORDERED that certain deadlines be rescheduled according to the table below. IT IS SO ORDERED.

| Event | Previous Date | New Date |
|---|---|---|
| File Joint Exhibit List | October 4, 2021 | January 3, 2022 |
| File Memoranda of Contentions of Fact and Law | October 4, 2021 | January 3, 2022 |
| File Motions in Limine | October 8, 2021 | January 7, 2022 |
| File Final Pretrial Conference Order | October 14, 2021 | January 13, 2022 |
| File Oppositions to Motions in Limine | October 18, 2021 | January 18, 2022 |
| Deadline to Conduct Mediation | October 18, 2021 | January 18, 2022 |

DATED: September 15, 2021

Hon. David O. Carter
United States District Court