Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
**SKIERMONT DERBY LLP**
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Tel.: (213) 788-4500
Fax: (213) 788-4545

Adam K. Mortara (*pro hac vice*)
Illinois Bar No. 6282005
adam@mortaralaw.com
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel.: (773) 750-7154

Theodore D. Kwong (*pro hac vice*)
tkwong@hilgersgraben.com
**HILGERS GRABEN PLLC**
10000 North Central Expy., Suite 400
Dallas, Texas 75231
Tel.: (972) 666-3646

*Attorneys for Plaintiff*
Colibri Heart Valve LLC

John M. Hughes (*pro hac vice*)
john.hughes@bartlitbeck.com
John S. Phillips (*pro hac vice*)
john.phillips@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

Matthew R. Ford (*pro hac vice*)
matthew.ford@bartlitbeck.com
Katherine E. Rhoades (*pro hac vice*)
katherine.rhoades@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard, Suite 300
Chicago, Illinois 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| COLIBRI HEART VALVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC COREVALVE LLC,<br><br>Defendant. | Case No.: 8:20-cv-00847-DOC-JDE<br><br>**COLIBRI'S WITNESS LIST**<br><br>**Judge: Hon. David O. Carter**<br><br>**Date: January 24, 2022**<br>**Time: 8:30 a.m. PT**<br>**Courtroom: 9D** |

Colibri identifies the following witnesses that it may call at trial, including through deposition or prior testimony, in its case in chief or in rebuttal. This is not a commitment that Colibri will call any particular witness at trial, or a representation that any of the witnesses listed are available or will appear for trial. With respect to Medtronic's witnesses, Colibri reserves the right to introduce testimony through deposition or live examination, as appropriate. Colibri also reserves the right to call witnesses identified on Medtronic's witness list, witnesses called by Medtronic, or any witness live that attends the trial. Colibri further reserves the right to revise this list in light of further rulings by the Court or any other changed circumstances. Colibri also reserves the right to call one or more additional witnesses whose testimony is necessary to establish authenticity or admissibility of any trial exhibit if the admissibility of the exhibit is challenged by Medtronic.

Subject matter on which these witnesses may testify includes but is not limited to their experience, knowledge, and expertise, professional qualifications and background, and topics for which each witness was designated to testify as a corporate representative or offered expert testimony.

| Witness | Contact Information | Connection |
|---|---|---|
| Mark Casley (will call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic Senior Program Manager |
| Dr. Lakshmi Prasad Dasi (will call live) | To be contacted through Colibri's counsel | Colibri Expert |
| Sean Edman (will call by deposition) | To be contacted through Medtronic's counsel | Medtronic Senior Intellectual Property Director |
| Dr. R. David Fish* (may call live or by deposition) | To be contacted through Colibri's counsel | Inventor |

| Witness | Contact Information | Connection |
|---|---|---|
| Dr. Robert Gallegos (will call live) | To be contacted through Colibri's counsel | Colibri Expert |
| Kshitija Garde (will call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic R&D Program Manager |
| Gary Gratson (will call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic U.S. Structural Heart Marketing Director |
| Joseph B. Horn (will call live or by deposition) | To be contacted through Colibri's counsel | Colibri President and Chief Executive Officer |
| Gregory Larkin (will call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic Senior Director, Business Development & Strategy |
| Brett Madden* (may call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic Financial Consultant, Structural Heart |
| Carlos Mejia* (may call live or by deposition) | To be contacted through Colibri's counsel | Inventor of patents in the same family as the Patent-in-Suit |
| Dr. David Paniagua* (may call live or by deposition) | To be contacted through Colibri's counsel | Inventor |
| Eric Schauble* (may call live or by deposition) | To be contacted through Colibri's counsel | Former Colibri VP of Corporate Development |
| Dr. Christopher Vellturo (will call live) | To be contacted through Colibri's counsel | Colibri Expert |

| Witness | Contact Information | Connection |
|---|---|---|
| Bruce Wagner (will call live or by deposition) | To be contacted through Medtronic's counsel | Medtronic Clinical Consultant, Structural Heart |

*Indicates that witness will be called only if the need arises.

Dated: January 3, 2022

**SKIERMONT DERBY LLP**

By: */s/ Mieke K. Malmberg*
Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Tel.: (213) 788-4500
Fax: (213) 788-4545

Adam K. Mortara (*pro hac vice*)
adam@mortaralaw.com
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel.: (773) 750-7154

John M. Hughes (*pro hac vice*)
john.hughes@bartlitbeck.com
John S. Phillips (*pro hac vice*)
john.phillips@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

Matthew R. Ford (*pro hac vice*)
matthew.ford@bartlitbeck.com
Katherine E. Rhoades (*pro hac vice*)
katherine.rhoades@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard, Suite 300
Chicago, Illinois 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440

Theodore D. Kwong (*pro hac vice*)
tkwong@hilgersgraben.com
**HILGERS GRABEN PLLC**
10000 North Central Expressway, Suite 400
Dallas, Texas 75231
Tel.: (972) 666-3646

*Attorneys for Plaintiff*
Colibri Heart Valve LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document, was served on January 3, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Pursuant to Local Rule 5.4(c), any other counsel will be served by electronic mail delivery.

Martin M. Ellison
Kathryn Riley Grasso
Mark D. Fowler
James M. Heintz
Catherine Huang
Matthew Ganas
Safraz Ishmael
Stanley J. Panikowski
MedtronicColibriDLA@us.dlapiper.com

/s/ Mieke K. Malmberg