Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
**SKIERMONT DERBY LLP**
800 Wilshire Boulevard, Suite 1450
Los Angeles, CA 90017
Tel.: (213) 788-4500
Fax: (213) 788-4545

Adam K. Mortara (*pro hac vice*)
adam@mortaralaw.com
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel.: (773) 750-7154

Theodore D. Kwong (*pro hac vice*)
tkwong@hilgersgraben.com
**HILGERS GRABEN PLLC**
10000 North Central Expy., Suite 400
Dallas, Texas 75231
Tel.: (972) 666-3646

*Attorneys for Plaintiff*
Colibri Heart Valve LLC

John M. Hughes (*pro hac vice*)
john.hughes@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

Steven E. Derringer (*pro hac vice*)
steven.derringer@bartlitbeck.com
Matthew R. Ford (*pro hac vice*)
matthew.ford@bartlitbeck.com
Katherine E. Rhoades (*pro hac vice*)
katherine.rhoades@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard, Suite 300
Chicago, Illinois 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| COLIBRI HEART VALVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC COREVALVE LLC,<br><br>Defendant. | Case No.: 8:20-cv-00847-DOC-JDE<br><br>**COLIBRI HEART VALVE LLC'S PROPOSED VOIR DIRE QUESTIONS**<br><br>**Judge: Hon. David O. Carter**<br>**Technical Special Master: David Keyzer**<br><br>**Trial: January 31, 2023** |

Pursuant to the Court's Scheduling Order & Order Re: Pretrial and Trial Procedures (Dkt. 53 at 9), Colibri Heart Valve LLC requests that the Court ask, or Colibri's counsel be permitted to ask, the prospective jurors the following questions on voir dire.

## I.    CASE / PARTY KNOWLEDGE

1.    Does anyone here own any stock or have any financial interest in Medtronic?

2.    Have you, or someone close to you, ever worked for Medtronic?

3.    Have you, or someone close to you, ever participated in a clinical trial run by Medtronic? If yes, please explain.

4.    Does anyone here own any stock or have any financial interest in Colibri?

5.    Have you, or someone close to you, ever worked for Colibri?

6.    Have you, or someone close to you, ever participated in a clinical trial run by Colibri? If yes, please explain.

7.    Have you, or someone close to you, ever worked for a medical device or pharmaceutical company? If yes, who and what company?

8.    Have you, or someone close to you, ever worked in the medical field? If yes, who and what type of work?

9.    Does anyone here have any personal knowledge of this case?

## II.    MEDICAL

10.    Have you, or someone close to you, ever been diagnosed with aortic stenosis?

11.    Have you, or someone close to you, ever been diagnosed with any other heart valve disease?

12.    Have you, or someone close to you, ever undergone a medical procedure involving a Medtronic medical device? If yes, identify the type of device, if known?

Did the procedure involve a Medtronic transcatheter aortic valve replacement device?

13.    Have you, or someone close to you, ever undergone open heart surgery?

## III.    INTELLECTUAL PROPERTY

14.    Do you have any knowledge or experience with patents, including applying for a patent? Have any of your family members or close friends applied for a patent? If yes, what was the invention? Was the patent granted?

15.    Have you or any employer been involved in any legal action concerning patents? If yes, please explain.

16.    Do you hold the opinion or belief that patent protection limits innovation in the medical field?

17.    Do you hold the opinion or belief that new medical technology or treatments should be available to all, regardless of patent rights?

18.    Have you, someone close to you, or your employer ever been accused of using another's intellectual property, such as patents, trademarks, or copyrights, without permission?

19.    Do you hold the opinion or belief that current patent laws are overly protective of patent holders?

## IV.    EMPLOYMENT / BUSINESS

20.    Have you, or someone close to you, ever worked for a start-up? If yes, what was the start-up?

21.    Have you, or someone close to you, ever been involved in the development of a new product or process? If yes, please explain.

22.    Have you, or someone close to you, ever owned a business? If yes, what kind of business?

23.    Do you, or someone close to you, have special knowledge, training, education, or experience involving medical devices or related technology?

## V.    OTHER QUESTIONS

24.    Have you, or someone close to you, ever filed a lawsuit or been a plaintiff in a lawsuit?

25.    Have you, or someone close to you, ever been sued or been a defendant in a lawsuit?

26.    Do you hold the opinion or belief that companies should be able to work out their differences without ever needing to file a lawsuit?

27.    Do you believe there are too many lawsuits these days?

28.    Who feels as though damages awarded in lawsuits are generally too high?

29.    How many of you would be reluctant to award a significant amount of money to the Plaintiff, Colibri, even if such an award was supported by the evidence?

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: January 24, 2023

**SKIERMONT DERBY LLP**

By: */s/ Mieke K. Malmberg*
Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Tel.: (213) 788-4500
Fax: (213) 788-4545

Adam K. Mortara (*pro hac vice*)
adam@mortaralaw.com
125 South Wacker Dr., Suite 300
Chicago, Illinois 60606
Tel.: (773) 750-7154

John M. Hughes (*pro hac vice*)
john.hughes@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

Steven E. Derringer (*pro hac vice*)
steven.derringer@bartlitbeck.com
Matthew R. Ford (*pro hac vice*)
matthew.ford@bartlitbeck.com
Katherine E. Rhoades (*pro hac vice*)
katherine.rhoades@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard, Suite 300
Chicago, Illinois 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440

Theodore D. Kwong (*pro hac vice*)
tkwong@hilgersgraben.com
**HILGERS GRABEN PLLC**
10000 N. Central Expressway, Suite 400
Dallas, Texas 75231
Tel.: (972) 666-3646

*Attorneys for Plaintiff*
Colibri Heart Valve LLC

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that a true and correct copy of the above and foregoing

3  document, was served on January 24, 2023, to all counsel of record who are deemed

4  to have consented to electronic service via the Court's CM/ECF system. Pursuant to

5  Local Rule 5.4(c), any other counsel will be served by electronic mail delivery.

6

7                                          */s/ Mieke K. Malmberg*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28