Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
**SKIERMONT DERBY LLP**
633 West 5th Street, Suite 5800
Los Angeles, California 90071
Tel.: (213) 788-4500
Fax: (213) 788-4545

John M. Hughes (*pro hac vice*)
john.hughaes@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

*Attorneys for Plaintiff*
Colibri Heart Valve LLC
(*continued in signature block*)

Mark D. Fowler (SBN 124235)
mark.fowler@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
T: (650) 833-2000 | F: (650) 833-2001

Kathryn Riley Grasso (SBN 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
T: (619) 699-2700 | F: (619) 699-2701

*Attorneys for Defendant*
Medtronic CoreValve LLC
(*continued in signature block*)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| COLIBRI HEART VALVE LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC COREVALVE LLC,<br><br>Defendant. | Case No.: 8:20-cv-00847-DOC-JDE<br><br>**[PROPOSED] JURY INSTRUCTIONS**<br><br>**Judge: Hon. David O. Carter**<br>**Technical Special Master: David Keyzer**<br><br>**Trial Date: January 31, 2023** |

In advance of the upcoming jury trial, the parties hereby submit for the Court's consideration revised proposed preliminary and final jury instructions, attached as Exhibit A. The parties have revised the proposed jury instructions filed on November 2, 2022 (Dkt. 388), in accordance with the Court's Order Re: Disputed Jury Instructions and Jury Verdict Form (Dkt. 393). Colibri and Medtronic submit the revised jury instructions pursuant to instructions of the Technical Special Master.

Dated: January 24, 2023

**SKIERMONT DERBY LLP**

By: */s/ Mieke K. Malmberg*
Mieke K. Malmberg (SBN 209992)
mmalmberg@skiermontderby.com
633 West 5th Street, Suite 5800
Los Angeles, California 90071
Tel.: (213) 788-4500
Fax: (213) 788-4545

Adam K. Mortara (*pro hac vice*)
adam@mortaralaw.com
125 South Wacker Drive, Suite 300
Chicago, Illinois 60606
Tel.: (773) 750-7154

John M. Hughes (*pro hac vice*)
john.hughes@bartlitbeck.com
Joseph C. Smith, Jr. (*pro hac vice*)
joseph.smith@bartlitbeck.com
Meg E. Fasulo (*pro hac vice*)
meg.fasulo@bartlitbeck.com
**BARTLIT BECK LLP**
1801 Wewatta, Suite 1200
Denver, Colorado 80202
Tel.: (303) 592-3100
Fax: (303) 592-3140

Steven E. Derringer (*pro hac vice*)
steven.derringer@bartlitbeck.com
Matthew R. Ford (*pro hac vice*)
matthew.ford@bartlitbeck.com
Katherine E. Rhoades (*pro hac vice*)
katherine.rhoades@bartlitbeck.com
**BARTLIT BECK LLP**
54 West Hubbard, Suite 300
Chicago, Illinois 60654
Tel.: (312) 494-4400
Fax: (312) 494-4440

| | |
|---|---|
| | Theodore D. Kwong (*pro hac vice*) <br> tkwong@hilgersgraben.com <br> **HILGERS GRABEN PLLC** <br> 10000 N. Central Expressway, Suite 400 <br> Dallas, Texas 75231 <br> Tel.: (972) 666-3646 |
| | *Attorneys for Plaintiff* <br> Colibri Heart Valve LLC |
| | The signatory above attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing. |
| Dated: January 24, 2023 | **DLA PIPER LLP (US)** <br><br> By: */s/ Martin M. Ellison* <br> Martin M. Ellison (SBN 292060) <br> martin.ellison@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 2000 Avenue of the Stars <br> Suite 400, North Tower <br> Los Angeles, CA 90067 <br> T: (310) 595-3000 | F: (310) 595-3300 <br><br> Mark D. Fowler (SBN 124235) <br> mark.fowler@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 2000 University Avenue <br> East Palo Alto, California 94303-2250 <br> T: (650) 833-2000 | F: (650) 833-2001 <br><br> James M. Heintz (*Pro Hac Vice*) <br> jim.heintz@dlapiper.com <br> **DLA PIPER LLP (US)** <br> 11911 Freedom Dr., Suite 300 <br> Reston, VA 20190 <br> T: (703) 773-4000 | F: (703) 773-5000 |

Kathryn Riley Grasso (SBN 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
T: (619) 699-2700 | F: (619) 699-2701

*Attorneys for Defendant
Medtronic CoreValve LLC*

## ECF ATTESTATION

I, Mieke K. Malmberg, am the ECF User whose identification and password are being used to electronically file this [PROPOSED] JURY INSTRUCTIONS. In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from the counsel for Defendant, and Plaintiff's Counsel shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

*/s/ Mieke K. Malmberg*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document, was served on January 24, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Pursuant to Local Rule 5.4(c), any other counsel will be served by electronic mail delivery.

*/s/ Mieke K. Malmberg*