Mark D. Fowler (SBN 124235)
mark.fowler@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
T: (650) 833-2000 | F: (650) 833-2001

Kathryn Riley Grasso (SBN 211187)
kathryn.riley@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
T: (619) 699-2700 | F: (619) 699-2701

Martin M. Ellison (SBN 292060)
martin.ellison@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400, N. Tower
Los Angeles, CA 90067
T: (310) 595-3000 | F: (310) 595-3300

Attorneys for Defendant
Medtronic CoreValve LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colibri Heart Valve, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>Medtronic CoreValve LLC,<br><br>  Defendant. | Case No. 8:20-cv-00847-DOC-JDE<br>Hon. David O. Carter<br><br>**DEFENDANT MEDTRONIC COREVALVE LLC'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Trial Date: Jan. 31, 2023 |

Pursuant to the Court's standing orders regarding pretrial procedures, Defendant Medtronic CoreValve LLC ("Medtronic") submits the following proposed voir dire questions.

## QUESTIONS

1. What is your name?
2. Are you currently employed?
   a. If yes, what is your job and who is your employer? How long have you had this job?
   b. If no, what was the job you had for the longest duration? Who was the employer? What was the last job you had? Who was the employer?
   c. Have you ever worked in the medical or healthcare field? If yes, please explain.
   d. Have you or has anyone close to you ever worked in the medical device or pharmaceutical industry? If yes, please explain.
3. What is the highest level of education you have completed?
   a. If you received a college degree or advance degree, what was the subject matter?
   b. Do you have any education, training or work experience in medicine including heart surgery and/or medical device? If yes, please explain.
4. What is your current marital status?
   a. If you are married or have a significant other, what is the spouse/significant other's occupation and who is the employer?
   b. Has your spouse or significant other ever worked in the field of medicine or medical device technology?
5. Have you or has a close family member ever owned a business?
   a. If yes, what type of business was it? How many employees do/did you have?
   b. Is the business still in operation? If not, what is the reason why it is no

|   |   |   |
|---|---|---|
| 1 |   | longer in operation? |
| 2 | 6. | Have you ever served on a jury? If yes, please tell us (1) if it was a criminal or civil matter, and (2) what type of case it was, and (3) if you were the foreperson of the jury. |
| 5 | 7. | Have you ever been involved in a lawsuit? If yes, please tell us (1) if you sued someone or if you were sued by someone, (2) what type of case it was, and (3) if you were satisfied with the outcome. |
| 8 | 8. | Have you ever thought of suing someone but didn't? If yes, please tell us (1) why you thought of suing someone, and (2) why you didn't. |
| 10 | 9. | Have you ever developed or created something unique that you thought had commercial value? |
| 12 | 10. | Have you ever applied for or been granted a patent, a copyright or a trademark by the United States Patent & Trademark Office? If yes, please explain. |
| 15 | 11. | Have you ever felt that someone took your original idea and used it without your permission to benefit themselves? If yes, please explain. |
| 17 | 12. | Have you ever had a job that involved dealing with patents? If yes, please explain. |
| 19 | 13. | Have you or your employer ever been involved in a patent dispute? If yes, please explain. |
| 21 | 14. | Have you or has your employer ever negotiated a business deal with a large corporation? If yes, please explain. |
| 23 | 15. | Have you or has your employer ever had a bad experience with a large corporation? |
| 25 | 16. | Do you have negative views of how large corporations conduct their business? If yes, please explain. |
| 27 | 17. | Do you think large corporations would steal the ideas of small companies to benefit themselves even if doing so is illegal? |

18. In this case, Colibri is a small start-up and claims that Medtronic stole their idea. Medtronic denies that it stole Colibri's idea. Without knowing the specifics of this case, are you inclined to believe what Colibri says?

19. Have you ever had a bad experience with any medical procedure or medical device? If yes, please explain.

20. Do you have an opinion or feeling about medical device companies or a specific medical device company including Colibri and Medtronic? If yes, please explain?

21. Is there anything else the Court or the Parties in this case should know about you, your experience or your opinions?

Dated: January 24, 2023

By: /s/ Martin M. Ellison

Martin M. Ellison (SBN 292060)
martin.ellison@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400, North Tower
Los Angeles, CA 90067
T: (310) 595-3000 | F: (310) 595-3300

Mark D. Fowler (SBN 124235)
mark.fowler@dlapiper.com
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2250
T: (650) 833-2000 | F: (650) 833-2001

James M. Heintz (*Pro Hac Vice*)
jim.heintz@dlapiper.com
**DLA PIPER LLP (US)**
11911 Freedom Dr., Suite 300
Reston, VA 20190
T: (703) 773-4000 | F: (703) 773-5000

Kathryn Riley Grasso (SBN 211187)
kathryn.riley@ dlapiper.com

**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
T: (619) 699-2700 | F: (619) 699-2701

*Attorneys for Defendant*
*Medtronic CoreValve LLC*