**F I L E D**

CLERK, U.S. DISTRICT COURT

02/08/2023

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ kdu _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **COLIBRI HEART VALVE LLC,** ) | **Case No.: SA CV 20-00847-DOC-(JDEx)** |
| ) | |
| **Plaintiff,** ) | **WITNESS LIST** |
| ) | |
| **v.** ) | |
| ) | |
| **MEDTRONIC COREVALVE LLC., ET AL.** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| COLIBRI HEART VALVE LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>MEDTRONIC COREVALVE<br>LLC,<br><br>           Defendant. | Case No.: 8:20-cv-00847-DOC-JDE<br><br>**COLIBRI'S REVISED WITNESS LIST**<br><br>**Judge: Hon. David O. Carter**<br>**Technical Special Master: David Keyzer**<br><br>**Trial Date: January 31, 2023** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Witness | Date of OST | |
|---|---|---|
| Eric Schauble (will call live) | 02-02-2023 | |
| Dr. Lakshmi Prasad Dasi (will call live) | 02-02-2023 | |
| Dr. R. David Fish (will call live) | 02-02-2023 | |
| Dr. Robert Gallegos (will call live) | 02-02-2023 | |
| Dr. Christopher Vellturo (will call live) | 02-02-2023 02-03-2023 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colibri Heart Valve, LLC,<br><br>                     Plaintiff,<br><br>     v.<br><br>Medtronic CoreValve LLC,<br><br>                     Defendant. | Case No. 8:20-cv-00847-DOC-JDE<br>Hon. David O. Carter<br><br>**DEFENDANT MEDTRONIC COREVALVE LLC'S REVISED WITNESS LIST (L.R. 16-5)**<br><br>Trial Date: January 31, 2023 |

25
26
27
28

| Name | Date of OST | | |
|---|---|---|---|
| Mark Casley (will call live) | 02-03-2023 | | |
| Gary Gratson | 02-03-2023 | | |
| Kshitija Garde (will call live) | 02-03-2023 | | |
| Richard Hillstead (will call live) | 02-03-2023 & 02-06-2023 | | |

DEFENDANT MEDTRONIC COREVALVE'S REVISED WITNESS LIST