

FILED
CLERK, U.S. DISTRICT COURT
2/8/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| COLIBRI HEART VALVE LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC COREVALVE LLC, <br><br> Defendant. | Case No. 8:20-cv-00847-DOC-JDE <br><br> **VERDICT FORM** <br> REDACTED <br><br> **Hon. David O. Carter** |

# VERDICT FORM

When answering the following questions (which begin on the next page) and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of the Court as the verdict in our case.

# JURY QUESTION NO. 1
## INFRINGEMENT

Did Colibri prove by a preponderance of the evidence that Medtronic CoreValve actively induced infringement of the following claims of U.S. Patent No. 8,900,294?

A "yes" answer is a finding for Colibri.

A "no" answer is a finding for Medtronic CoreValve.

Claim 1:   Yes ✓   No _____

Claim 2:   Yes ✓   No _____

Claim 3:   Yes ✓   No _____

# JURY QUESTION NO. 2
# INVALIDITY

Did Medtronic CoreValve prove by clear and convincing evidence that the following claims of U.S. Patent No. 8,900,294 are invalid?

A "yes" answer is a finding for Medtronic CoreValve.

A "no" answer is a finding for Colibri.

Claim 1:   Yes _____      No ✓

Claim 2:   Yes _____      No ✓

Claim 3:   Yes _____      No ✓

## JURY QUESTION NO. 3
## DAMAGES

Answer this question on damages only if you found one or more claims infringed by Medtronic CoreValve and not invalid (that is, if you answered "yes" for one or more claims in Question #1 and, for all such claims, you answered "no" in Question #2).

Otherwise, skip Jury Question No. 3 and proceed to the final page of this Verdict Form.

What amount of damages do you award to compensate Colibri for Medtronic CoreValve's inducement of infringement? (Answer in dollars and cents.)

$ 106,489,000.00

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should sign and date the Verdict Form in the spaces below and notify the Bailiff that you have reached a verdict.

The Presiding Juror should retain possession of the Verdict Form and bring it when the jury is brought back into the courtroom.

Date: 2/08/2023

Presiding Juror: ███████████