```
 1                UNITED STATES DISTRICT COURT

 2         CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

 3

 4  COLIBRI HEART VALVE, LLC,    ) Case No. SA CV 20-00847-DOC-
                                 )                        (JDEx)
 5          Plaintiff,           )
                                 ) Santa Ana, California
 6  vs.                          )
                                 ) Friday, February 3, 2023
 7  MEDTRONIC CORE VALVE, LLC,   )
    et al.,                      ) (4:35 p.m. to 4:36 p.m.)
 8                               )
            Defendants.          )
 9  _____)

10
                           TRANSCRIPT OF TRIAL
11              BEFORE THE HONORABLE DAVID O. CARTER
                UNITED STATES DISTRICT JUDGE, and a jury
12

13
    Appearances:              See next page.
14
    Court Reporter:           Recorded;CourtSmart
15
    Courtroom Deputy:         Karlen Dubon
16
    Transcribed by:           Tara Jauregui
17                            Echo Reporting, Inc.
                              9711 Cactus Street, Suite B
18                            Lakeside, California 92040
                              (858) 453-7590
19

20

21

22

23

24
    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.
```

```
 1  APPEARANCES:

 2  For the Plaintiff:        JOHN M. HUGHES, ESQ.
                              Bartlit Beck, LLP
 3                            1801 Wewatta Street
                              Suite 1200
 4                            Denver, Colorado 80202
                              (303) 592-3100
 5
                              KATHERINE E. RHOADES, ESQ.
 6                            Bartlit Beck, LLP
                              54 West Hubbard Street
 7                            Suite 300
                              Chicago, Illinois 60654
 8                            (312) 494-4400

 9
    For the Defendants:       MATTHEW GANAS, ESQ.
10                            DLA Piper LLP US
                              1251 Avenue of the Americas
11                            Twenty-Seventh Floor
                              New York, New York 10020
12                            (212) 335-4500

13                            MARK D. FOWLER, ESQ.
                              DLA Piper LLP US
14                            2000 University Avenue
                              East Palo Alto, California
15                              94303
                              (650) 833-2000
16

17

18

19

20

21

22

23

24

25
```

3

1     Santa Ana, California; Friday, February 3, 2023 4:35 pm
2                              --o0o--
3                          (Call to Order)
4            (Portion of proceedings omitted.)
5            THE COURT:  Okay, so counsel, we're still on the
6  record.  We still have CourtSmart rolling.
7            MR. HUGHES:  Thank you, your Honor.  I think we've
8  got everything addressed, so --
9            THE COURT:  Okay.
10           MR. HUGHES:  Medtronic has indicated that this
11 evening they will file their motion and we will -- we will
12 respond -- and we will respond on Sunday.  I would like to
13 have that later in the day on Sunday --
14           THE COURT:  Yeah, you can have it -- any time you
15 two agreed to.
16           MR. HUGHES:  Okay, great.  So the --
17           THE COURT:  Because I'm not going to read this
18 Sunday.  I've got a full -- I'm telling you, I've got a full
19 day Monday.
20           MR. HUGHES:  So we'll get something back out to
21 Medtronic by 8:00 o'clock on Sunday evening.
22           THE COURT:  And I don't want to represent to
23 either one of you I'm going to decide this issue.
24           MR. HUGHES:  I'm just --
25           THE COURT:  Okay?

4

1        MR. HUGHES:  I'm reporting the deal.
2        THE COURT:  At least now.
3        MR. HUGHES:  And that that is -- and then -- and
4  then the verdict form issue, we agree has resolved.
5        THE COURT:  Okay.
6        MR. HUGHES:  We need to a couple little minor
7  tweaks to the --
8        THE COURT:  Oh, you're going to work --
9        MR. HUGHES:  -- jury instructions, which we'll get
10 to Mr. Keyzer tomorrow.
11       THE COURT:  No, now.  Tonight.  You're getting
12 them to him tonight.  You're not leaving until he's
13 satisfied, okay?
14       MR. HUGHES:  Sure.  Okay.
15       THE COURT:  Now, I'm going to get off because I
16 want Karlen to go home.  You're going to work with her on
17 exhibits now.
18       MR. HUGHES:  Thank you, your Honor.  Have a good
19 evening.
20    (Proceedings concluded.)
21
22
23
24
25

5

1      I certify that the foregoing is a correct
2 transcript from the electronic sound recording of the
3 proceedings in the above-entitled matter.
4
5 /s/Tara Jauregui                    2/9/2023
  Transcriber                         Date
6
  FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:
7
8
  /s/L.L. Francisco
9 L.L. Francisco, President
  Echo Reporting, Inc.
10