JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| COLIBRI HEART VALVE LLC, | Case No.: 8:20-cv-00847-DOC-JDE |
| Plaintiff, | **JUDGMENT** |
| v. | **Complaint Filed: May 4, 2020** |
| MEDTRONIC COREVALVE LLC, | **Trial Date: January 31, 2023** |
| Defendant. | |

This action was tried to a jury beginning on January 31, 2023, in Courtroom 10A of the above-entitled Court, before the Honorable District Court Judge David O. Carter, with respect to claims 1-3 of U.S. Patent No. 8,900,294. On February 8, 2023, the jury returned a verdict in favor of Plaintiff Colibri Heart Valve LLC and against Defendant Medtronic CoreValve LLC on all questions. Dkt. 442. The Court previously had granted summary judgment of non-infringement in favor of Medtronic and against Colibri on claims 1, 2, 3, and 5 of U.S. Patent No. 9,125,739 and claim 4 of U.S. Patent No. 8,900,294. Dkt. 258 (entered November 17, 2021).

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

1. Medtronic has induced infringement of claims 1-3 of U.S. Patent No. 8,900,294 ("the '294 patent").

2. Claims 1-3 of the '294 patent are not invalid.

3. Final judgment of non-infringement is entered in Medtronic's favor on claims 1, 2, 3, and 5 of U.S. Patent No. 9,125,739 and claim 4 of the '294 patent.

4. Colibri shall recover $106,489,000 from Medtronic on the jury verdict, and Medtronic shall be liable for that amount.

5. Colibri shall recover prejudgment interest and costs under 35 U.S.C. § 284 in an amount to be fixed by the Court.

6. As provided in 28 U.S.C. § 1961, Colibri shall also recover post-judgment interest, running from the date of this Judgment until the Judgment is paid, on all amounts listed in paragraphs 4 and 5 above at a rate equal to the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of this Judgment, compounded annually.

1 | IT IS SO ORDERED.
2 | DATED: March 16, 2023

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE