1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION – SANTA ANA

| COLIBRI HEART VALVE LLC, | Case No.: 8:20-cv-00847-DOC-JDE |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | **Complaint Filed: May 4, 2020** |
| MEDTRONIC COREVALVE LLC, | **Trial Date: January 31, 2023** |
| Defendant. | |

//
//
//

This action was tried to a jury beginning on January 31, 2023, in Courtroom 10A of the above-entitled Court, before the Honorable District Court Judge David O. Carter, with respect to claims 1-3 of U.S. Patent No. 8,900,294. On February 8, 2023, the jury returned a verdict in favor of Plaintiff Colibri Heart Valve LLC and against Defendant Medtronic CoreValve LLC on all questions. Dkt. 442. The Court previously had granted summary judgment of non-infringement in favor of Medtronic and against Colibri on claims 1, 2, 3, and 5 of U.S. Patent No. 9,125,739 and claim 4 of U.S. Patent No. 8,900,294. Dkt. 258 (entered November 17, 2021).

**NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

1. Medtronic has induced infringement of claims 1-3 of U.S. Patent No. 8,900,294 ("the '294 patent").

2. Claims 1-3 of the '294 patent are not invalid.

3. Final judgment of non-infringement is entered in Medtronic's favor on claims 1, 2, 3, and 5 of U.S. Patent No. 9,125,739 and claim 4 of the '294 patent.

4. Colibri shall recover $106,489,000 from Medtronic on the jury verdict, and Medtronic shall be liable for that amount.

5. Colibri shall recover $19,120,000 from Medtronic in prejudgment interest under 35 U.S.C. § 284.

6. As provided in 28 U.S.C. § 1961, Colibri shall also recover post-judgment interest, running from the date of this Judgment until the Judgment is paid, on all amounts listed in paragraphs 4 and 5 above at a rate equal to the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of this Judgment, compounded annually.

7. Per D.I. 496, Colibri shall receive and Medtronic shall pay costs in the amount of $155,045.39.

1  //
2  //
3  IT IS SO ORDERED.
4
5  DATED: June 16, 2023

_David O. Carter_

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE